TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
MICHAEL K. ROBERTSON
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0492
Fax: (202) 305-0506
michael.robertson@usdoj.gov

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 3:22-cv-00103-SLG<br><br>**Defendant's Unopposed Motion to Continue Oral Argument** |

Pursuant to Local Rule 7.3(b), Defendant United States of America respectfully requests the Court continue and reschedule oral argument on Defendant's Partial Motion to Dismiss (ECF No. 20). Counsel for Defendant has conferred with Counsel for Plaintiff State of Alaska and Plaintiff does not oppose this Motion.

On May 15, 2023, the Court ordered supplemental briefing on Defendant's Partial Motion to Dismiss. On June 5, the parties filed their supplemental briefs and Plaintiff requested oral argument pursuant to Local rule 7.1(f). On June 8, the Court granted Plaintiff's request and set oral argument for June 26.

Circumstances including the recent departure of lead counsel for Defendant on paternity leave, impending field work, and other case obligations require Defendant to respectfully request

*State of Alaska v. United States of America*
Case No. 3:22-cv-00103-SLG             1

that the Court reschedule oral argument. Counsel for Defendant has conferred with Counsel for Plaintiff to identify available dates for oral argument given the constraints of the available field season, counsels' respective caseloads, and other demands. The parties have identified August 9 and August 10 as viable dates for holding oral argument.

Accordingly, Defendant requests that the Court continue and reschedule oral argument in this matter for August 9 or August 10; or in the alternative, vacate the order setting oral argument for June 26 and allow the parties the opportunity to continue to meet and confer to propose alternative dates that are acceptable to the Court.

Dated: June 9, 2023

                                                      Respectfully Submitted,

                                                      */s/ Michael Robertson*
                                                      Michael Robertson
                                                      Trial Attorney
                                                      150 M St. NE
                                                      Washington, D.C. 20002
                                                      Tel: (202) 305-0492
                                                      Fax: (202) 305-0506

                                                      *Counsel for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2023 a copy of the foregoing was served electronically via the court's ECF system on Ronald W. Opsahl, attorney for the State of Alaska.

/s/ Michael Robertson
Michael Robertson