LISA LYNNE RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Michael Robertson
Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0492 / Fax: (202) 305-0506
michael.robertson@usdoj.gov

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No: 3:22-CV-0103-SLG |

### JOINT STATUS REPORT ON AGREED PROTECTIVE ORDER

In accordance with Part II.E. of the Court's Amended Scheduling and Planning Order (ECF No. 78), the State of Alaska and the United States (collectively the "Parties") submit the enclosed status report.

1

The Parties continue to confer regarding the potential for a joint protective order to maintain as confidential sensitive cultural, personal, business, or other information that the Parties anticipate may be found during the course of discovery in this case. The Parties request additional time so that those efforts may continue.

The Parties intend to submit a proposed Joint Protective Order or status report by February 28, 2025.

Respectfully submitted, January 31, 2025.

        TREG TAYLOR
        ATTORNEY GENERAL

        By:    */s/ Ronald W. Opsahl*
                Ronald W. Opsahl (Alaska Bar No. 2108081)
                Senior Assistant Attorney General
                Lael Harrison (Alaska Bar No. 0811093)
                Senior Assistant Attorney General
                Department of Law
                1031 W. 4th Avenue, Suite 200
                Anchorage, Alaska 99501
                Telephone: (907) 269-5232
                Facsimile: (907) 279-2834
                Email: ron.opsahl@alaska.gov
                        lael.harrison@alaska.gov

        Attorneys for the State of Alaska

        LISA LYNNE RUSSELL
        DEPUTY ASSISTANT ATTORNEY GENERAL

        By:    */s/ Michael K. Roberston*
                Michael K. Robertson
                Dustin Weisman
                Trial Attorneys
                U.S. Department of Justice
                Environment and Natural Resources Division

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0492
Fax: (202) 305-0506
michael.robertson@usdoj.gov
dustin.weieman@usdoj.gov

Attorneys for the United States